# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 14, 2009**

| | | |
|---|---|---|
| 29683 | R.R., In re | Affirmed |

**October 15, 2009**

| | | |
|---|---|---|
| 28371 | State v. Elharar | Reversed |

**October 16, 2009**

| | | |
|---|---|---|
| 29468 | State v. Faasavalu | Affirmed |

**October 19, 2009**

| | | |
|---|---|---|
| 29295 | Kawamoto v. NHC, Inc. | Affirmed |
| 29175 | State v. Brooks | Affirmed |
| 29441 | State v. Tokunaga | Affirmed |
| 29442 | State v. Tokunaga | Affirmed |

**October 21, 2009**

| | | |
|---|---|---|
| 29554 | State v. Hom | Reversed |
| 29119 | State v. Martinez | Reversed |
| 29138 | State v. Wolf | Reversed |

**October 22, 2009**

| | | |
|---|---|---|
| 29432 | State v. Marcello | Reversed |
| 28437 | State v. Montanez | Reversed |

**October 28, 2009**

| | | |
|---|---|---|
| 29174 | State v. Daedelow | Reversed |
| 29112 | State v. Pow | Reversed |

**October 29, 2009**

| | | |
|---|---|---|
| 29302 | State v. Tengbergen | Affirmed |

**October 30, 2009**

| | | |
|---|---|---|
| 29071 | State v. Cohen | Reversed |
| 29319 | State v. Gurley | Reversed |